UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. D'_____ _____ ___RT E.D.N.Y.

★      JUL 2 7 2005      ★

                    P.M.
TIME A.M. _____




- - - - - - - - - - - - - - - - - - - - - - - - -X

TERLYN JAMES and
CHERMON JAMES,

          Plaintiffs,

    - against -

ACTING ATTORNEY GENERAL,
on behalf of the
U.S. Department of Justice,
MICHAEL GARCIA,
Commissioner of the Citizenship
and Immigration Services,
DISTRICT DIRECTOR OF C.I.S.,
ANN MARIE GATNER,
on behalf of the
Department of Citizenship and
Immigration Services,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - -X

**STIPULATION AND
ORDER OF DISMISSAL**

Civil Action
No. CV-05-0572

(Feuerstein, J.)
(Pohorelsky, M.J.)

    IT IS HEREBY STIPULATED AND AGREED by and between the parties to this

action that this action be dismissed pursuant to Rule 41 of the Federal Rules of Civil

Procedure. This dismissal is with prejudice.

Each party is to bear its own costs, fees, including attorney's fees, and

disbursements.


Dated: Brooklyn, New York
     July _____, 2005

     Attorney for the Plaintiffs

ROBERT J. SHANNON, ESQ.
277 Broadway, Suite 108
New York, New York 10008


Dated: New York, New York
     July _____, 2005

     Attorney for the Defendants

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
1 Pierrepont Plaza, Fourteenth Floor
Brooklyn, New York 11201

By:

RONALD W. KISH
Special Assistant United States Attorney
(212) 264-3475


SO ORDERED:

Dated: Brooklyn, New York
     July _____, 2005

S/SJF

HONORABLE SANDRA J. FEUERSTEIN
United States District Judge